**United States District Court**
For the Northern District of California

1

2

3

4                                                                    **E-FILED on**    03/11/09

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12   TIFFANY E. LANDAYAN,                          No. C-09-00916 RMW

13          Plaintiff,

14       v.                                        ORDER DENYING EX PARTE
                                                   APPLICATION FOR TEMPORARY
15   WASHINGTON MUTUAL BANK and                    RESTRAINING ORDER AND ORDER TO
     QUALITY LOAN SERVICE                          SHOW CAUSE
16   CORPORATION,
                                                   **[Re Docket No. 4]**
17          Defendants.

18

19

20          Tiffany Landayan applies *ex parte* for a temporary restraining order and order to show cause,

21   apparently seeking to enjoin defendants from evicting her from her property.  For the reasons stated

22   below, the court denies the application.

23          The papers do not appear to have been served on either defendant, nor does the complaint or

24   application for a temporary restraining order explain why that service is not required.  Service, or

25   some basis for proceeding *ex parte*, is required by the Local Rules.  Civil L.R. 7-10.

26          The court surmises from the complaint that plaintiff took out a loan from Washington Mutual

27   Bank that was serviced through Quality Loan Service Corporation, and the complaint alleges that

28   plaintiff was not given the proper documents or advice prior to consummating the loan agreement.

ORDER DENYING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE—No.
C-09-00916 RMW
JAS

1   However, plaintiff sets forth no facts about the loan itself, has not attached a copy of the loan

2   documents to the complaint, and has not provided facts as to the status of any foreclosure sale.

3   Therefore, plaintiff has not provided sufficient facts to justify the extraordinary relief sought.

4          The application for a temporary restraining order and order to show cause are hereby denied

5   without prejudice.

6

7

8   DATED:      03/11/09                                    *Ronald M Whyte*

                                                            RONALD M. WHYTE
9                                                           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States District Court*
For the Northern District of California

**United States District Court**
For the Northern District of California

1 | **Notice of this document has been sent to:**

2 | **Plaintiff:**

3 | Tiffany E Landayan
213 N. Hillview Drive
4 | Milpitas, CA 95035
PRO SE

5

6

7

**Dated:** _____03/11/09_____                  _____JAS_____
8 |                                                  **Chambers of Judge Whyte**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DENYING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE—No.
C-09-00916 RMW
JAS                                          3