**E-FILED on** 12/18/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIFFANY E. LANDAYAN,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON MUTUAL BANK; QUALITY LOAN SERVICE CORPORATION; and DOES 1 TO 100, INCLUSIVE,<br><br>    Defendants. | No. C-09-00916 RMW<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS<br><br>**[Re Docket No. 23]** |

On September 18, 2009, the court granted defendant JPMorgan Chase Bank, N.A.'s ("JPMorgan") motion for judgment on the pleadings and granted plaintiff leave to file an amended complaint within twenty days.  Plaintiff Tiffany E. Landayan has not filed an amended complaint.  JPMorgan moved to dismiss for failure to amend.  Plaintiff filed no opposition and did not appear at the hearing on December 18, 2009.  Therefore, the court grants the motion to dismiss with prejudice, for failure to prosecute and failure to comply with the court's order.

DATED:      12/18/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
C-09-00916 RMW
CCL

**Notice of this document has been sent to:**

**Plaintiff:**
Tiffany E. Landayan
213 N. Hillview Drive
Milpitas, CA 95035

**Counsel for Defendants:**

Sung-Min Christopher Yoo      cyoo@adorno.com
Andrew Hall                  ahall@mccarthyholthus.com

Each party's counsel is responsible for ensuring that co-counsel receives a copy of this order if co-counsel has not registered for e-filing pursuant to the court's CM/ECF program.

**Dated:**      12/18/09                    **By:**         CCL
                                                   **Chambers of Judge Whyte**

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
C-09-00916 RMW
CCL