**E-FILED on**  12/18/09

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TIFFANY E. LANDAYAN,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON MUTUAL BANK; QUALITY LOAN SERVICE CORPORATION; and DOES 1 TO 100, INCLUSIVE,<br><br>    Defendants. | No. C-09-00916 RMW<br><br>JUDGMENT |

On December 18, 2009, the court dismissed this action with prejudice against defendant JPMorgan Chase Bank, N.A. The only remaining named defendant is Quality Loan Service Corporation ("Quality"). On March 19, 2009, Quality filed and served a declaration of nonmonetary status pursuant to California Civil Code § 2924l. California Civil Code § 2924l(d) provides that if parties do not object to the nonmonetary judgment status of the trustee within fifteen days from the service of the declaration, the trustee:

> shall not be required to participate any further in the action or proceeding, shall not be subject to any monetary awards as and for damages, attorneys' fees or costs, shall be required to respond to any discovery requests as a nonparty, and shall be bound by any court order relating to the subject deed of trust that is the subject of the action or proceeding.

JUDGMENT
C-09-00916 RMW
CCL

1  No objections have been made as to Quality's nonmonetary judgment status.  THEREFORE, IT IS
2  HEREBY ADJUDGED that plaintiff takes nothing by way of her complaint and that judgment be
3  entered in favor of all defendants.

6  DATED:      12/18/09                                     *Ronald M Whyte*
                                                            RONALD M. WHYTE
                                                            United States District Judge

JUDGMENT
C-09-00916 RMW
CCL

2

**Notice of this document has been sent to:**

**Plaintiff:**

**Tiffany E. Landayan** (pro se)
213 N. Hillview Drive
Milpitas, CA 95035

**Counsel for Defendants:**

Sung-Min Christopher Yoo    cyoo@adorno.com
Andrew Hall    ahall@mccarthyholthus.com

Each party's counsel is responsible for ensuring that co-counsel receives a copy of this order if co-counsel has not registered for e-filing pursuant to the court's CM/ECF program.

**Dated:**    12/18/09    **By:**    CCL
                                    **Chambers of Judge Whyte**

JUDGMENT
C-09-00916 RMW
CCL

3